LENA HEMPP, DEFENDANT IN ERROR, v. F. W. WOOL-
WORTH & CO., PLAINTIFF IN ERROR.

Submitted December 9, 1912—Decided March 3, 1913.

On error to the Supreme Court, Camden County Circuit
Court.

For the plaintiff in error, *Edward I. Taylor* and *Gaskill
& Gaskill.*

For the defendant in error, *Wescott & Wescott.*

PER CURIAM.

The writ of error in this case is brought to review a judg-
ment in the Supreme Court entered on a *postea* from the
Camden County Circuit Court to which it was referred for
trial. We have examined the errors assigned and deem them
to be entirely without merit. The judgment under review
will therefore be affirmed.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, GAR-
RISON, SWAYZE, TRENCHARD, PARKER, BERGEN, MINTURN,
KALISCH, BOGERT, VREDENBURGH, CONGDON, TREACY,
JJ. 13.

*For reversal*—None.